UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MOSLEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of the Social Security Administration,<br><br>　　　　　　　　　　　Defendant. | Case No.: 24cv0530-SBC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 3]** |

　　　On March 20, 2024, Sharon M. ("Plaintiff") filed this Social Security appeal pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the denial of her application for disability insurance benefits and supplemental security income (ECF No. 1.) Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 3.) For the reasons set forth below, Plaintiff's motion to proceed IFP is **GRANTED**.

　　　All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To

1

proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

      Here, Plaintiff submits an affidavit stating that she receives $535.00 a month in food stamps, and a $2,200.00 loan from her sister each month, for a total of $2,735.00 in monthly income. (ECF No. 3 at 2.) Plaintiff claims a checking/savings account with a total of $2.68, and no other assets. (*Id*. at 3.) For monthly average expenses, Plaintiff claims a rent/home-mortgage payment of $500, food in the amount of $1,000, utilities in the amount of $700, and laundry in the amount of $100, for a total of $2,300 in expenses each month. (*Id*. at 4-5.)

      Plaintiff's affidavit sufficiently demonstrates an inability to pay the required filing fee without sacrificing the necessities of life. *See Adkins*, 335 U.S. at 339-40. Additionally, the Court has reviewed Plaintiff's complaint and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B). Accordingly, Plaintiff's motion to proceed IFP is **GRANTED**.

      **IT IS SO ORDERED.**

Dated:  March 21, 2024

Hon. Steve B. Chu
United States Magistrate Judge